GMP:BGK
F. #2009R0556

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DERRICK S. LAWRENCE,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. _____-_____ (___)

CR 17- 00175
TISCIONE, M.J.

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file a misdemeanor information pursuant to Rules 7(a)(2) and 58(b)(1) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
            March 23, 2017

                              BRIDGET M. ROHDE
                              Acting United States Attorney
                              Eastern District of New York
                              Attorney for Plaintiff
                              271 Cadman Plaza East
                              Brooklyn, New York 11201

                      By:  _____
                              Brendan G. King
                              Assistant United States Attorney
                              (718) 254-6006

cc:  Clerk of the Court
      Stacey Richman, Esq.